IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK EDWARD WAYT, | ) | |
| | ) | |
| Petitioner, | ) | 4:06cv3134 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 14, the petitioner's motion for an extension of time to file brief. Because of the many habeas and other prisoner cases on the court's pro se docket, including cases dating back to 2005 and even a few from 2004, the court will have considerable difficulty reaching this case in the near future. Therefore, the petitioner is welcome to any reasonable extension of time. The petitioner shall take as long as he needs, but if no brief is filed by June of 2007, the petitioner shall file a status report estimating the remaining amount of time he needs.

SO ORDERED.

DATED this 17th day of January, 2007.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge

1