IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK EDWARD WAYT, | ) | 4:06cv3134 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on the motion of Susan J. Gustafson for leave to withdraw as counsel for the respondent. (Filing No. 20.) The record shows that the respondent continues to be represented by other counsel.

IT IS THEREFORE ORDERED that the Motion to Withdraw (filing no. 20) is granted. The Clerk is directed to terminate the appearance of Susan J. Gustafson as counsel for the respondent and shall stop further electronic notices to Ms. Gustafson in this matter.

September 17, 2007.         BY THE COURT:

                            *s/Richard G. Kopf*
                            United States District Judge